IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

SHAMICA POINDEXTER, )
    Petitioner, )    Civil Action No. 7:06-cv-00127
)
v. )    **FINAL ORDER**
)
UNITED STATES OF AMERICA, )    By: Hon. Norman K. Moon
    Respondent. )    United States District Judge

Therefore, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motion, styled as a "motion for the allowance to file a writ of habeas corpus," to is hereby **CONSTRUED** as a successive motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255 para. 8, and **DISMISSED** without prejudice; and this action is hereby stricken from the active docket of the court.

ENTER: This 19th day of April, 2006.

                                                _____
                                                United States District Judge